# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ELDIE L. CRUZ, M.D.,

    Plaintiff,

vs.                                                   Civ. No. 18-974 RB/SCY

LOVELACE HEALTH SYSTEM, INC. et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on December 3, 2019 the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 106), filed on November 22, 2019 and adopted it as modified by the dates and discovery parameters provided in the Court's Scheduling Order filed concurrently with this Order.

_____
UNITED STATES MAGISTRATE JUDGE